COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

Kenneth Wayne Montgomery
Pro-Se
1608 East Railroad Avenue
Lake Charles LA 70601


**REHEARING ACTION: May 18, 2011**


**Docket Number: 10   01151-KA**

**STATE OF LOUISIANA
VERSUS
KENNETH WAYNE MONTGOMERY**

**Appealed from Calcasieu Parish Case No. 18150-08**


**BEFORE JUDGES:**

    **Hon. John D. Saunders
Hon. Billy Howard Ezell
Hon. James T. Genovese**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kenneth Wayne Montgomery** has this day been

    **DENIED.**


cc: John Foster DeRosier, Counsel for the Appellee
    Carla Sue Sigler, Counsel for the Appellee